IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LeNEIL SPOTTED HORSE,**

    **Plaintiff,**

**v.**                                                                            **No. 12-cv-0712 RB/SMV**

**GEORGE HARRISON,**

    **Defendant.**

### ORDER TO CURE DEFICIENCY AND DIRECTING THE CLERK TO MAIL CERTAIN DOCUMENTS TO PLAINTIFF

Plaintiff submitted a civil rights complaint on June 29, 2012. Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 [Doc. 1]. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee.**

    X    No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)    X    is not filed
(2)    __    is missing affidavit
(3)    __    is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)    __    is missing required financial information
(5)    __    is missing an original signature by the prisoner
(6)    __    is not on proper form (must use current form)
(7)    __    names in caption do not match names in caption of complaint, petition or habeas application
(8)    __    An original and a copy have not been received by the Court. Only an original has been received.
(9)    __    other _____

**III. Complaint, Petition or Application**:

(1) __ is missing
(2) __ is not on proper form (must use our form Rev. 5/96)
(3) __ is missing an original signature by the prisoner
(4) __ is missing page nos. __
(5) __ uses et al. instead of listing all defendants/respondents
(6) __ An original and a copy have not been received by the Court. Only an original has been received.
(7) __ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) __ names in caption do not match names in text
(9) __ other _____

Papers filed in response to this order must include the civil action number (12-cv-0712 RB/SMV) of this case. Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: two copies each of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Financial Certificates.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

2